COX, WOOTTON, LERNER, GRIFFIN & HANSEN LLP

NORMAND R. LEZY     6297-0
    E-Mail: nlezy@cwlfirm.com
MICHAEL J. NAKANO 6940-0
    E-Mail: mnakano@cwlfirm.com
Davies Pacific Center, Suite 1099
841 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 744-7020
Facsimile:  (808) 744-7030

Attorneys for Defendant
SAFEWAY INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HIROKO HAGA,<br><br>    Plaintiff,<br><br> vs.<br><br>SAFEWAY, INC., JOHN AND MARY DOES 1-10, DOE CORPORATIONS, PARTNERSHIPS or OTHER ENTITIES 1-10,<br><br>    Defendants. | CIVIL NO. _____<br>(Other Non-Vehicle Tort)<br><br>**NOTICE OF REMOVAL; EXHIBITS "A" TO "B"; CERTIFICATE OF SERVICE** |

## NOTICE OF REMOVAL

TO THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII:

   Pursuant to 28 U.S.C. §§1332, 1441, and 1446, Defendant

SAFEWAY INC. (hereinafter "SAFEWAY") files this Notice of Removal in the case

now pending in the Circuit Court of the First Circuit, State of Hawaii, styled <u>Hiroko Haga vs. Safeway Inc., et al.</u>, Civil No. 17-1-0763-05 (VLC). As grounds for removal, SAFEWAY states as follows:

1. On May 9, 2017, Plaintiff HIROKO HAGA ("PLAINTIFF") filed a complaint in Civil No. 17-1-0763-05 (VLC) in the Circuit Court of the First Circuit, State of Hawaii, against SAFEWAY.

2. Upon information and belief, SAFEWAY states that no other party has been named or appeared in the action.

3. SAFEWAY was served with the complaint on June 23, 2017.

4. In her complaint, PLAINTIFF alleges that SAFEWAY is liable to her for damages in connection with an injury while on Safeway's premises.

5. In her complaint, PLAINTIFF alleges that "Plaintiff HIROKO HAGA resided in the City and County of Honolulu, State of Hawai'i."

6. SAFEWAY is a foreign profit corporation incorporated in the State of Delaware that is authorized to do business and is doing business in the City and County of Honolulu, State of Hawaii.

7. Medical records provided by PLAINTIFF indicate that she alleges that the incident at issue caused injuries including broken ribs and either a spinal fracture or aggravation of a pre-existing spinal fracture.

8. In the Amended Complaint, PLAINTIFF prays for an

award of special damages, including past and future medical expenses and loss of income, general damages and punitive damages against SAFEWAY. However, because Hawaii law prohibits *ad damnum* clauses in complaints, PLAINTIFF does not specify the amount of damages that she prays for.

9. Upon information and belief, PLAINTIFF's alleged damages exceed the sum or value of $75,000.00.

10. This court has original jurisdiction over civil actions where the matter in controversy exceeds the sum or value of $75,000.00 and is between citizens of different States within the meaning of 28 U.S.C. §1332.

11. A true and correct copy of PLAINTIFF's complaint filed in the Circuit Court of the First Circuit, State of Hawaii, is attached hereto as Exhibit "A", and comprises all process, pleadings, and orders served upon SAFEWAY in the action.

12. A true and correct copy of SAFEWAY's answer to PLAINTIFF's complaint filed in the Circuit Court of the First Circuit, State of Hawaii, is attached hereto as Exhibit "B".

WHEREFORE, Defendant SAFEWAY INC. prays that the above-entitled action be removed from the Circuit Court of the First Circuit, State of Hawaii, to the United States District Court for the District of Hawaii.

DATED: Honolulu, Hawaii, July 20, 2017.

/s/ Normand R. Lezy
NORMAND R. LEZY
MICHAEL J. NAKANO
Attorneys for Defendant
SAFEWAY INC.