WMK

WILLIAM FENTON SINK  #3546
*Law Offices of William Fenton Sink*
Dillingham Transportation Bldg.
735 Bishop Street, Suite 400
Honolulu, Hawai'i 96813
Telephone: 531-7162

JUSTIN E. ABRELL  #9156
540 Farrington Hwy., Unit 524-404
Kapolei, Hawai'i 96707

Attorneys for Plaintiff
HIROKO HAGA

FIRST CIRCUIT COURT
STATE OF HAWAII
FILED
2017 MAY -9  PM 1:52
J. KUBO
CLERK

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAI'I

| | |
|---|---|
| HIROKO HAGA, | CIVIL NO.: 17-1-0763-05  VLC |
| Plaintiff, | (Other Non-Vehicle Tort) |
| vs. | **COMPLAINT; SUMMONS** |
| SAFEWAY INC., JOHN AND MARY DOES 1-10, DOE CORPORATIONS, PARTNERSHIPS or OTHER ENTITIES 1-10, | |
| Defendant. | |

## COMPLAINT

Plaintiff HIROKO HAGA, by and through her above named attorneys, for a complaint against the Defendant, alleges and avers as follows:

*I. Parties.*

1. That at all times mentioned herein, Plaintiff HIROKO HAGA (hereinafter referred to as "Plaintiff" or "MRS. HAGA") resided in the City and County of Honolulu, State of Hawai'i.


RECEIVED
$215.00

2. That at all times mentioned herein, Defendant SAFEWAY, INC. (hereinafter referred to as "Defendant" or "SAFEWAY") was a retail grocery store doing business in the City and County of Honolulu, State of Hawai'i.

3. That Defendants JOHN AND MARY DOES 1-10 (hereinafter "DOE EMPLOYEES") and DOE CORPORATIONS, PARTNERSHIPS or OTHER ENTITIES 1-10 (hereinafter collectively "DOE DEFENDANTS") are other persons or entities which owned, possessed, controlled or in some manner were responsible or liable for the events and incident described herein, that caused Plaintiff's injuries. Doe Defendants are named herein as parties pursuant to Rule 17(d) of the Hawai'i Rules of Civil Procedure. Plaintiff will identify such Defendants when their names and capacities are ascertained.

## II. *Statement of Facts.*

4. That on or about December 31, 2016, MRS. HAGA was a SAFEWAY business invitee at the Kapolei Marketplace Store, located at 590 Farrington No. 400, Kapolei, Hawai'i 96707.

## III. *Statement of Allegations.*

5. While Plaintiff was a SAFEWAY business invitee, an employee/agent of SAFEWAY – who was pushing a produce cart – negligently and carelessly struck Plaintiff with the car, knocking Plaintiff to the ground.

6. As a result of PLAINTIFF's injuries, she was later treated at Kaiser Permanente because of Defendant's indifference and negligence or gross negligence.

### IV. Causes of Action.

7. That SAFEWAY was negligent in its training and supervision of its employee in that SAFEWAY allowed its employee to injure Plaintiff.

8. That as a direct and proximate result of Defendant's negligence and carelessness, Plaintiff received serious personal injuries, some or all of which may be permanent; as a result, Plaintiff has suffered physical pain and mental distress; suffered a diminished capacity to enjoy life; sustained loss of income, a diminished earning capacity, property damage and other economic losses; incurred medical bills for treatment and care, and will continue to do so in the future; and has been compelled to hire additional services.

### V. Prayer.

WHEREFORE, Plaintiff prays for judgment against the Defendant for damages in excess of the minimum jurisdictional limits of this court as follows:

1. General damages for Plaintiff's past, present, and future physical, medical and psychological injuries according to proof;

2. Special damages for Plaintiff's past, present and future medical and rehabilitative expenses and lost income, property damage and other economic losses according to proof;

3. For pre-judgment interest, Plaintiff's cost of suit, and attorney's fees; and

4. For such other relief as the court deems just and proper.

Dated: Honolulu, Hawai'i, **MAY 0 9 2017**

WILLIAM FENTON SINK
JUSTIN E. ABRELL

Attorneys for Plaintiff

| STATE OF HAWAI'I<br>CIRCUIT COURT<br>OF THE FIRST CIRCUIT | SUMMONS<br>TO ANSWER CIVIL COMPLAINT | CASE NUMBER<br>17-1-0763-05 |
|---|---|---|
| PLAINTIFF,<br><br>HIROKO HAGA, | VS. | DEFENDANT.<br><br>SAFEWAY INC., JOHN AND MARY DOES 1-10, DOE CORPORATIONS, PARTNERSHIPS or OTHER ENTITIES 1-10, |

PLAINTIFF'S ADDRESS (NAME, ADDRESS, TEL. NO.)

WILLIAM FENTON SINK #3546
Dillingham Transportation Bldg.
735 Bishop Street, Suite 400
Honolulu, Hawai'i 96813
Telephone: 531-7162

## TO THE ABOVE-NAMED DEFENDANT(S)

You are hereby summoned and required to file with the court and serve upon

WILLIAM FENTON SINK, ESQ.
_____,

plaintiff's attorney, whose address is stated above, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the date of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**THIS SUMMONS SHALL NOT BE PERSONALLY DELIVERED BETWEEN 10:00 P.M. AND 6:00 A.M. ON PREMISES NOT OPEN TO THE GENERAL PUBLIC, UNLESS A JUDGE OF THE ABOVE-ENTITLED COURT PERMITS, IN WRITING ON THIS SUMMONS, PERSONAL DELIVERY DURING THOSE HOURS.**

**A FAILURE TO OBEY THIS SUMMONS MAY RESULT IN AN ENTRY OF DEFAULT AND DEFAULT JUDGMENT AGAINST THE DISOBEYING PERSON OR PARTY.**

| DATE ISSUED<br>MAY 0 9 2017 | CLERK<br><br>Circuit Court Clerk | |
|---|---|---|
| I do hereby certify that this is full, true, and correct copy of the original on file in this office | | |

In accordance with the Americans with Disabilities Act and other applicable state and federal laws, if you require a reasonable accommodation for a disability, please contact the ADA Coordinator at the First Circuit Court Administration Office at PHONE NO. 539-4333, FAX 539-4322, or TTY 539-4853, at least ten (10) working days prior to your hearing or appointment date.